

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 11-mj-11 |
| Plaintiff, | CRIMINAL COMPLAINT |
| vs. | Commercial Sex Trafficking |
| DARON LEE JUNGERS, | 18 U.S.C. §§ 1591 and 1594(a) |
| Defendant. | |

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about February 12, 2011, in the District of South Dakota and elsewhere, Daron Lee Jungers, defendant herein, knowingly, in and affecting interstate commerce, attempted to recruit, entice and obtain a person who had not attained the age of 18 years, and knew that the person would be caused to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591 and 1594(a).

This criminal complaint is based on the facts set forth in my affidavit filed herewith.

_____
Charla Aramayo, DHS Special Agent

Sworn to before me and subscribed in my presence on  Feb 14, 2011
at Sioux Falls, South Dakota.                          (date)

_____
JOHN E. SIMKO
United States Magistrate Judge